IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MYRON J. JACKSON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:10cv41-MHT |
| ) | (WO) |
| CITY OF MONTGOMERY, AL ) | |
| FIRE DEPARTMENT, ) | |
| ) | |
|     Defendant. ) | |

OPINION

Plaintiff filed this lawsuit asserting violations of the American with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of June, 2010.


                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**