IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MYRON J. JACKSON,            )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>CITY OF MONTGOMERY, AL        )<br>FIRE DEPARTMENT,              )<br>                              )<br>    Defendant.                ) | CIVIL ACTION NO.<br>2:10cv41-MHT<br>(WO) |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 43) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 42) is adopted.

(3) Defendants' motions for summary judgment (Doc. Nos. 38 & 39) are granted.

(4) Judgment is entered in favor of all defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that plaintiff's motion for summary judgment (doc. no. 22) is denied and defendants' motions to dismiss (doc. nos. 8, 18 & 19) are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of June, 2010.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE